**Kenneth S. THOMSON, Trustee in Bankruptcy of W. L. Koughan, etc., Appellant, v. L. M. WILLIAMSON, Appellee.**

No. 6324.

Circuit Court of Appeals, Ninth Circuit.
March 16, 1931.

Before RUDKIN, WILBUR, and SAW-TELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Charles J. ANDREWS, Appellee.**

No. 6386.

Circuit Court of Appeals, Ninth Circuit.
Feb. 27, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant and stipulation of parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellee, v. Louis AUERBACH, Alex Ben Auerbach, Max Leibowitz, Samuel Denner, Rosalind Trading Corporation, Wilson Warehouse Corporation, Harry Dressbold, Kalman Tenner, Louis Leibowitz, Sol H. Bernstein, John Doe, and Richard Roe, Appellants.**

No. 282.

Circuit Court of Appeals, Second Circuit.
March 2, 1931.

David P. Siegel, of New York City (Milton B. Seasonwein, of New York City, of counsel), for appellant Max Leibowitz.

Abraham I. Menin, of New York City, for appellant Louis Leibowitz.

David V. Cahill, of New York City, for appellant Sol H. Bernstein.

Leo H. Klugherz, of New York City, for appellant Harry Dressbold.

Cohen & Haas, of New York City (Emil M. Haas and Herman M. Melitzer, both of New York City, of counsel), for appellant Denner.

Robert E. Manley, of New York City (Thomas J. Todarelli, of New York City, of counsel), for the United States.

Before L. HAND, CHASE, and MACK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES, Plaintiff-Appellee, v. William F. DOYLE, Defendant-Appellant.**

No. 251.

Circuit Court of Appeals, Second Circuit.
March 4, 1931.

Ilo Orleans, Alfred J. Talley, and Samuel Falk, all of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (John A. Wilson, Edward I. Aranow, and Seymour Altmark, Asst. U. S. Attys., all of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order, 42 F.(2d) 686, reversed in open court.